[No. 43415-6-II.   Division Two.   September 4, 2013.]

THE STATE OF WASHINGTON, *Appellant*, v. HELEN DEE DEE SHALE, *Respondent*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 12-1-00069-2, Craddock D. Verser, J., entered May 1, 2012. *Reversed* and *remanded with instructions* by unpublished opinion per Bjorgen, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 43586-1-II.   Division Two.   September 4, 2013.]

JOHN B. DILLINGER, *Appellant*, v. RICHARD M. DIXSON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 10-2-02334-0, M. Karlynn Haberly, J., entered June 1, 2012. *Reversed* and *remanded* by unpublished opinion per Fearing, J. Pro Tem., concurred in by Johanson, A.C.J., and Penoyar, J.

[No. 44189-6-II.   Division Two.   September 4, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON MJ BLURTON, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 12-1-00416-6, James W. Lawler, J., entered November 7, 2012. *Reversed* and *remanded* by unpublished opinion per Hunt, J., concurred in by Johanson, A.C.J., and Bjorgen, J.

[No. 44298-1-II.   Division Two.   September 4, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY A. ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 12-1-00161-6, Michael J. Sullivan, J., entered November 30, 2012. *Reversed* and *remanded with instructions* by unpublished opinion per Quinn-Brintnall, J., concurred in by Johanson, A.C.J., and Hunt, J.